# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON, et al. | } | |
| Plaintiffs, | } | |
| v. | } | Case No.: 2:08-CV-01703-RDP |
| JEFFERSON COUNTY, ALABAMA, et al., | } | |
| Defendants. | } | |

## ORDER

The court hereby **ADOPTS** the recommendations of the Honorable John E. Ott set forth in his Order dated January 14, 2009. (Doc. # 43). Therefore, the hearing previously set in this matter for January 26, 2009, is **CONTINUED** and **RESET** for **9:00 a.m.** on **Wednesday, February 25, 2009**, in Courtroom 7A of the Hugo L. Black United States Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama. Discovery by depositions **SHALL** commence no earlier than **February 9, 2009**. Outstanding written discovery **SHALL** be provided to Plaintiffs by **Wednesday, February 4, 2009**.

**DONE** and **ORDERED** this     23rd     day of January, 2009.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE